19777. BAKER *v.* THE STATE.

BLOODWORTH, J. The petition for certiorari points out no reason why another trial is required. The evidence sustains the verdict, and no error was committed when the certiorari was overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 9, 1929.

*George G. Finch, Jesse B. Simmons,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.